

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>D-1 GARY JEROME JOHNSON,<br><br>    Defendant.<br>_____/ | Case: 2:25-cr-20370<br>Assigned To : White, Robert J.<br>Referral Judge: Grand, David R.<br>Assign. Date : 5/20/2025<br>Description: IND USA V. JOHNSON (MC)<br><br>Violation:   18 U.S.C. § 922(g)(1) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### 18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about May 2, 2025, in the Eastern District of Michigan, Southern Division, the defendant, Gary Jerome Johnson, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Glock, 23, .40-caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture

1

pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, Gary Jerome Johnson shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offenses, including but not limited to, a Glock, 23, .40-caliber pistol, and all related ammunition.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney


*s/ Sara D. Woodward*
SARA D. WOODWARD
Chief, General Crimes Unit
Assistant United States Attorney


*s/ Louis F. Meizlish*
LOUIS F. MEIZLISH
Assistant United States Attorney

Dated:      May 20, 2025

2

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:25-cr-20370<br>Assigned To : White, Robert J.<br>Referral Judge: Grand, David R.<br>Assign. Date : 5/20/2025<br>Description: IND USA V. JOHNSON (MC) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: L.F.M. |

Case Title: USA v. Gary Jerome Johnson

County where offense occurred : Wayne

Check One:    ☒ Felony        ☐ Misdemeanor        ☐ Petty

   ✓ Indictment/____Information --- no prior complaint.
   ____Indictment/____Information --- based upon prior complaint [Case number:                    ]
   ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____    Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**            **Charges**            **Prior Complaint (if applicable)**

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

May 20, 2025
       Date

*/s/ Louis F. Meizlish*
Louis F. Meizlish
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9745
Fax:    313-226-2311
E-Mail address: Louis.Meizlish@usdoj.gov
Attorney Bar #: P75168

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5 / 16